IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU Investments LLC doing business as Brazos Licensing and Development,<br><br>Plaintiff,<br><br>v.<br><br>OnePlus Technology (Shenzhen) Co., Ltd.,<br><br>Defendant. | §<br>§<br>§<br>§   Civil Action No. 6:20-cv-00957-ADA<br>§   Civil Action No. 6:20-cv-00958-ADA<br>§<br>§<br>§   Jury Trial Demanded<br>§<br>§<br>§<br>§ |

**DECLARATION OF MICHAEL LYONS IN SUPPORT OF
DEFENDANT'S OPENING CLAIM CONSTRUCTION BRIEF (GROUP 2 PATENTS)**

I, Michael J. Lyons, declare as follows:

1.  I am an attorney with the law firm of Morgan, Lewis & Bockius LLP, counsel of record for Defendant OnePlus Technology (Shenzhen) Co., Ltd. ("Defendant") in the above-captioned action and am admitted *pro hac vice* in this action. I have personal knowledge of the statements contained in this Declaration which are true and correct and, if called to testify as to the truth of the matters declared herein, I could and would testify competently thereto.

2.  Attached hereto as Exhibit A is a true and correct copy of U.S. Patent No. 8,712,708.

3.  Attached hereto as Exhibit B is a true and correct copy of U.S. Patent No. 9,231,746.

4.  Attached hereto as Exhibit C is a true and correct copy of excerpts of the 12th Edition Chambers Dictionary. The document was produced as ONEPLUS_0004029-ONEPLUS_0004031.

5. Attached hereto as Exhibit D is a true and correct copy of excerpts of the Third Edition New Oxford American Dictionary. The document was produced as ONEPLUS_0004032-ONEPLUS0004034.

6. Attached hereto as Exhibit E is a true and correct copy of excerpts of the Third Edition Webster's New College Dictionary. The document was produced as ONEPLUS_0004035-ONEPLUS0004037.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of August 2021, in Los Altos, California.

*/s/Michael J. Lyons*
Michael Lyons