# EXHIBIT C

# The Chambers Dictionary

12th Edition

ONEPLUS_0004029

CHAMBERS
An imprint of Chambers Harrap Publishers Ltd
338 Euston Road, London, NW1 3BH

*Chambers Harrap Publishers Ltd is an Hachette UK company*

© Chambers Harrap Publishers Ltd 2011

Chambers® is a registered trademark of Chambers Harrap Publishers Ltd

This twelfth edition published by Chambers Harrap Publishers Ltd 2011.
First published as *Chambers's Twentieth Century Dictionary* in 1901; published as *Chambers English Dictionary* in 1988; first published as *The Chambers Dictionary* in 1993.

Database right Chambers Harrap Publishers Ltd (makers)

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording or otherwise, without the prior permission in writing of Chambers Harrap Publishers Ltd, or as expressly permitted by law, or under terms agreed with the appropriate reprographics rights organization. Enquiries concerning reproduction outside the scope of the above should be sent to the Rights Department, Chambers Harrap Publishers Ltd, at the address above.

You must not circulate this book in any other binding or cover and you must impose this same condition on any acquirer.

A CIP catalogue record for this book is available from the British Library.

ISBN  978 0550 10237 9     Standard
ISBN  978 0550 10241 6     Thumb index

10 9 8 7 6 5 4

We have made every effort to mark as such all words which we believe to be trademarks. We should also like to make it clear that the presence of a word in this book, whether marked or unmarked, in no way affects its legal status as a trademark.

Every reasonable effort has been made by the publishers to trace the copyright holders of material quoted or illustrations used in this book. Any errors or omissions should be notified in writing to the publishers, who will endeavour to rectify the situation for any reprints and future editions.

Fonts featured in letter openers published by the following foundries: Adobe, Apple, ATF, Berthold, Bitstream, Elsner&Flake, Garamond, International TypeFounders Inc, ITC, Linotype, Microsoft, Stempel, T.26, URW++, Wagner.

www.chambers.co.uk

Designed by Chambers Harrap Publishers Ltd
Letter openers and The Word Lover's Miscellany designed by Sharon McTeir
Typeset in Optima and Arial by Macmillan India Ltd
Printed in Italy

assemble                                       88                                              assi

**assemble** /ə-sem'bl/ vt to call or bring together; to collect; to put together the parts of; to convert (a program) to machine code from assembly language (*comput*). • vi to meet together. [Fr *assembler*, from LL *assimulāre* to bring together, from *ad* to, and *simul* together] ■ **assem'blage** n a collection of persons or things; the whole collection of remains found on an archaeological site; all the flora and fauna of one type in an ecosystem (*biol*); the act of assembling; the putting together of parts (*technical*); (also /ə-sä-bläzh/) (putting together) a sculptural or other work of art consisting in whole or in part of selected objects, *usu* objects made for another purpose. **assem'blance** or **assem'blaunce** n (*Spenser*) an assembling. **assem'bler** n someone who or or something that assembles; a program that converts a program in assembly language into one in machine code (*comput*); assembly language (see below). **assem'bly** n the act of assembling; the putting together of parts; a company assembled; a formal ball or meeting for dancing and social intercourse (*hist*); a reception or at-home (*hist*); a meeting for religious worship or the like; a deliberative or legislative body, *esp* in some legislatures a lower house; a drumbeat, *esp* a signal for striking tents (*milit*). ◻ **assembly hall** n a hall, eg in a school, in which assemblies are held. **assembly language** n (*comput*) a low-level programming language, generally using symbolic addresses, which is translated into machine code by an assembler (see above). **assembly line** n a serial arrangement of workers and apparatus for passing on work from stage to stage in assembling a product. **assem'blyman** or **assem'blywoman** n a member of an assembly or lower house. **assembly room** n a public ballroom or room for entertainments or formal gatherings; an assembly shop. **assembly shop** n a place where components are assembled. ■ **General Assembly** the highest court of the Presbyterian Church or the United Reformed Church. **Legislative Assembly** or **House of Assembly** the lower or only house of some legislatures. **National Assembly** (also **Constituent Assembly**) the first of the revolutionary assemblies in France (1789–91); (also **Church Assembly**) a deliberative body of the Church of England set up in 1920, consisting of houses of Bishops, Clergy, and Laity, superseded in 1970 by the General Synod (see synod).

**assemblé** /ä-sä-blä'/ (*ballet*) n a leap with extended leg followed by a landing with both legs together. [Fr *assembler* to bring together]

**assembly** see under **assemble**.

**assent** /ə-sent'/ vi to express agreement or acquiescence (with *to*). • n an agreeing or acquiescence; compliance. [L *assentīrī* to assent, agree and also its frequentative *assentārī* to flatter] ■ **assentaneous** /as-ən-tā'ni-əs/ adj (*rare*) ready to agree. **assentā'tion** n obsequious assent, adulation. **ass'entātor** n (*obs*). **assent'er** n. **assentient** /ə-sen'shənt/ or **assent'ive** adj **assent'ingly** adv. **assent'iveness** n. **assent'or** n a person who subscribes a candidate's nomination paper in addition to proposer and seconder. ■ **royal assent** the sovereign's formal acquiescence in a measure which has passed the Houses of Parliament.

**assert** /ə-sûrt'/ vt to declare positively; to lay claim to; to insist upon; to affirm; to vindicate or defend by arguments or measures (now used only with cause as object, or reflexively); to bear evidence of (*obs*; *rare*). [L *asserere, assertum* to lay hands on, claim, from *ad* to, and *serere* to join] ■ **assert'able** adj. **assert'er** or **assert'or** n a champion, defender; a person who makes a positive statement. **asser'tion** /-shən/ n affirmation, averment; a positive statement or declaration; that which is averred or declared; the act of claiming one's rights; vindication or championship (*archaic*). **assert'ive** adj asserting or confirming confidently; positive, dogmatic; self-assertive. **assert'ively** adv. **assert'iveness** n. **assert'ory** adj affirmative. ■ **assert oneself** to defend one's rights or opinions, sometimes with unnecessary zeal; to thrust oneself forward.

**assess** /ə-ses'/ vt to fix the amount of (eg a tax); to tax or fine; to fix the value or profits of, for taxation (with *at*); to estimate, judge, evaluate (eg a person's work, performance, character). [L *assidēre, assessum* to sit beside (*esp* of judges in a court) from *ad* to, at, and *sedēre* to sit] ■ **assess'able** adj. **assess'ment** n the act of assessing; the examining of revenue and costs to calculate the amount of tax to be paid; the valuing of property to calculate liability to taxation; (the amount of) a tax or charge assessed. **assess'or** n a person who assesses; a legal adviser who sits beside a magistrate; a person appointed as an associate in office with another; a person who assesses taxes, or value of property, income, etc for taxation; someone who shares another's rank or position (*archaic*). **assessō'rial** /as-/ adj. **assess'orship** n. ◻ **assessment centre** n a place where young offenders are detained so that their individual needs can be assessed and recommendations formulated about their future.

**asset** /as'et/ n an item of property; something advantageous or w worth having; an item of value belonging to a business organization (categorized for accounting purposes as *current ass* and *fixed assets*, which may themselves be *intangible, tangible financial*); (in pl) the property of a deceased or insolvent perso considered as chargeable for all debts, etc; (in pl) the entire proper of all sorts belonging to a merchant or to a trading association. [Fro *assets*, orig singular, from the Anglo-Fr law phrase *aver assetz* to ha enough, from OFr *asez* enough, from L *ad* to, and *satis* enough] ◻ **ass'et-stripper** n. **ass'et-stripping** n (now *usu derog*) the practi of acquiring control of a company and selling off its assets financial gain.

**asseverate** /ə-sev'ə-rāt/ vt to declare solemnly (formerly, no archaic, **assev'er**). [L *assevērāre, -ātum*, from *ad* to, and *sevēr* serious; see **severe**] ■ **assev'erating** adj. **assev'eratingly** adv. **asseverā'tion** n.

**assez bien** /a-sā byē'/ (Fr) pretty well.

**asshole** see under **arse**.

**assibilate** /a- or ə-sib'i-lāt/ (*phonetics*) vt to sound as a sibilant. [L to, and *sībilāre* to hiss] ■ **assibilā'tion** n.

**assiduity** /a-si-dū'i-ti/ n persistent application or diligence; (in p constant attentions. [L *assiduus*, from *ad* to, at, and *sedēre* to sit] ■ **assiduous** /ə-sid'ū-əs/ adj constant or unwearied in application unflagging, unremitting. **assid'uously** adv. **assid'uousness** n.

**asslege** /ə-sēj'/ (*Spenser*) vt to besiege. [See **siege**]

**assiento** /a-sē-en'tō/ (*hist*) n (pl **assien'tos**) a treaty (*esp* that betwee Spain and Britain, 1713) for the supply of African slaves for Spanis American dominions. [Sp (now *asiento*) seat, seat in a court, treaty

**assign** /ə-sīn'/ vt to allot, share out; to designate, appoint; to p forward, adduce; to make over, transfer; to ascribe, refer; to specif to fix, determine. • n a person to whom any property or right is mad over, an assignee (*law*); (in pl) appendages (*Shakesp*). [Fr *assigne* from L *assignāre* to mark out, from *ad* to, and *signum* a mark or sign ■ **assign'able** adj that may be assigned. **assignation** /as-ig-nā'sha n an appointment to meet, used chiefly of clandestine meetin between lovers and mostly with disapproval; the making over of an right to another (*Scots law*). **assignee** /as-īn-ē'/ n a person to who any right or property is assigned; a person who receives a contractu right or liability under an assignment; a trustee or a sequestrate estate. **assignment** /-sīn'/ n the act of assigning; anything assigned; legal process whereby contractual rights and liabilities may b transferred from an original contracting party to a third person; th writing by which such a transfer is made; a task, piece of work, e allotted; (*Spenser* altered in 1596 to **dessignment**) design, enterpris **assign'or** n. **assignor** /as-i-nör'/ n (*law*) a person who transfers right or asset under an assignment. ◻ **assigning authority** n a national body authorized to assign loa lines to ships.

**assignat** /as'ig-nat or a-sēn-yä'/ (*hist*) n one of the paper bonds fi issued in 1789 by the French government on the security of th appropriated church lands, and later (1790–97) accepted as notes currency. [Fr]

**assignation...to...assignor** see under **assign**.

**assimilate** /ə-sim'i-lāt/ vt to make similar or like (with *to* or *wit* to convert into a substance similar to itself, as the body does to foo to take fully into the mind, experience effects of (eg knowledge); receive and accept fully within a group, absorb; to modify (a spee sound), making it more like a neighbouring sound in a word sentence (*phonetics*). • vi to become like (with *to*); to incorporated or absorbed (into). [L *assimilāre, -ātum*, from *ad* to, a *similis* like] ■ **assim'ilable** adj. **assimilā'tion** n. **assimilā'tionist** n a person wh advocates a policy of assimilation, *esp* of racial groups (also ad **assim'ilātive** or **assimilā'tory** adj having the power or tendency assimilate. **assim'ilātor** n.

**assist** /ə-sist'/ vt to help (with work, etc, in a matter, etc); to work an assistant to; to accompany or attend (*Shakesp*). • vi to help (wi *with* or *in*); to be present at a ceremony, etc (now a Gallicism). • (chiefly N Am) an act that assists; help; a play that helps to make goal possible (*sport*); a play that makes it possible for a batter runner to be put out (*baseball*). [Fr *assister*, from L *assistere* to sta by, from *ad* to, and *sistere* to set, take one's stand] ■ **assis'tance** n help; relief. **assis'tant** adj helping. • n a perso who assists; a helper. **assis'tantship** n the post of assistant. **assis't** adj for which help (eg financial aid, additional power) is supplie **assis'ter** n. ◻ **assistant referee** n (in football) one of the two officials wh assist the referee, adjudicating on offsides and throw-ins (former called **linesman**). **assisted area** n an area within the Europe Union that is eligible for additional funds to generate econom