# EXHIBIT D

# New Oxford American Dictionary

### THIRD EDITION

*Edited by*

Angus Stevenson

Christine A. Lindberg

FIRST EDITION

Elizabeth J. Jewell

Frank Abate


OXFORD
UNIVERSITY PRESS

# OXFORD
UNIVERSITY PRESS

Oxford University Press, Inc., publishes works that further
Oxford University's objective of excellence
in research, scholarship, and education.

Oxford New York

Auckland  Cape Town  Dar es Salaam  Hong Kong  Karachi
Kuala Lumpur  Madrid  Melbourne  Mexico City  Nairobi
New Delhi  Shanghai  Taipei  Toronto

With offices in

Argentina  Austria  Brazil  Chile  Czech Republic  France  Greece
Guatemala  Hungary  Italy  Japan  Poland  Portugal  Singapore
South Korea  Switzerland  Thailand  Turkey  Ukraine  Vietnam

Copyright © 2010 by Oxford University Press

First edition 2001
Second edition 2005
Third edition 2010

Published by Oxford University Press, Inc.
198 Madison Avenue, New York, NY 10016
www.oup.com

Oxford is a registered trademark of Oxford University Press

All rights reserved. No part of this publication may be reproduced,
stored in a retrieval system, or transmitted, in any form or by any means,
electronic, mechanical, photocopying, recording, or otherwise,
without the prior permission of Oxford University Press.

The Library of Congress Cataloging-in-Publication Data

Data available

ISBN 978-0-19-539288-3

7 9 8

Printed in the United States of America
on acid-free paper

1536233313150735

**ONEPLUS_0004033**

# assassination — assig

**assassination** — ORIGIN early 17th cent.: from medieval Latin *assassinat-* 'killed,' from the verb *assassinare*, from *assassinus* (see ASSASSIN).

**as·sas·si·na·tion** /əˌsasəˈnāSHən/ ▶ n. the action of assassinating someone: *the assassination of President Kennedy* | [as modifier] *a failed assassination attempt*.

**as·sas·sin bug** ▶ n. a long-legged predatory or bloodsucking bug that occurs chiefly in the tropics and feeds mainly on other arthropods. Some of those that bite humans can transmit microorganisms such as the one causing Chagas' disease. ■ Family Reduviidae, suborder Heteroptera: numerous species.

**As·sa·teague Is·land** /ˈasəˌtēg/ a barrier island in southeastern Maryland and northeastern Virginia, on the Atlantic Ocean, noted for its wild ponies.

**as·sault** /əˈsôlt/ ▶ v. [with obj.] make a physical attack on: *he pleaded guilty to assaulting a police officer* | *she was sexually assaulted as a child.* ■ attack or bombard (someone or the senses) with something undesirable or unpleasant: *her right ear was assaulted with a tide of music.* ■ carry out a military attack or raid on (an enemy position): *they left their strong position to assault the hill.* ■ rape.
▶ n. **1** a physical attack: *his imprisonment for an assault on the film director* | *sexual assaults.* ■ Law an act, criminal or tortious, that threatens physical harm to a person, whether or not actual harm is done: *he appeared in court charged with assault.* ■ a military attack or raid on an enemy position: *troops began an assault on the city* | [as modifier] *an assault boat.* ■ a strong verbal attack: *the assault on the party's tax policies.*
**2** a concerted attempt to do something demanding: *a winter assault on Mt. Everest.*
— DERIVATIVES **as·sault·er** n.
— ORIGIN Middle English: from Old French *asaut* (noun), *assauter* (verb), based on Latin *ad-* 'to' + *saltare*, frequentative of *salire* 'to leap.' Compare with ASSAIL.

**as·sault and bat·ter·y** ▶ n. Law the crime of threatening a person together with the act of making physical contact with them.

**as·saul·tive** /əˈsôltiv/ ▶ adj. tending or likely to commit an assault: *they found that assaultive men had abusive parents.* ■ extremely aggressive or forcefully assertive: *his loud, assaultive playing style can leave you cowering.*

**as·sault ri·fle** ▶ n. a rapid-fire, magazine-fed automatic rifle designed for infantry use.

**as·say** /ˈaˌsā, aˈsā/ ▶ n. the testing of a metal or ore to determine its ingredients and quality: *submission of plate for assay.* ■ a procedure for measuring the biochemical or immunological activity of a sample: *each assay was performed in duplicate* | *the results of sequential assays of serum were analyzed* | *immunofluorescence assay.*
▶ v. [with obj.] **1** determine the content or quality of (a metal or ore). ■ determine the biochemical or immunological activity of (a sample): *cell contents were assayed for enzyme activity.* ■ examine (something) in order to assess its nature: *stepping inside, I quickly assayed the clientele.*
**2** archaic attempt: *I assayed a little joke of mine on him.*
— DERIVATIVES **as·say·er** n.
— ORIGIN Middle English (in the general sense 'testing, or a test of, the merit of someone or something'): from Old French *assai* (noun), *assaier* (verb), variant of *essai* 'trial,' *essayer* 'to try' (see ESSAY).

**ass-back·wards** ▶ adv. & adj. informal, derogatory backwards or in a contrary way.

**ass ban·dit** ▶ n. vulgar slang (also **ass burglar**) **1** a male homosexual sodomite or pederast. **2** an eager seducer of young women.

**as·se·gai** /ˈasəˌgī/ (also **assagai**) ▶ n. (pl. **assegais**) **1** a slender, iron-tipped, hardwood spear used chiefly by southern African peoples. **2** (also **assegai wood**) a South African tree of the dogwood family that yields hard timber. ● *Curtisia dentata*, family Cornaceae.
▶ v. (**assegais, assegaing, assegaied**) [with obj.] wound or kill with an assegai.
— ORIGIN early 17th cent.: from obsolete French *azagaie* or Portuguese *azagaia*, from Arabic *az-zaġāyah*, from *az*, *al* 'the' + Berber *zaġāyah* 'spear.'

**as·sem·blage** /əˈsemblij/ ▶ n. a collection or gathering of things or people: *a wondrous assemblage of noble knights, cruel temptresses, and impossible loves.* ■ a machine or object made of pieces fitted together: *some vast assemblage of gears and cogs.* ■ a work of art made by grouping found or unrelated objects. ■ the action of gathering or fitting things together.

**as·sem·ble** /əˈsembəl/ ▶ v. **1** [no obj.] (of people) gather together in one place for a common purpose: *a crowd had assembled outside the gates.* ■ [with obj.] bring (people or things) together for a common purpose: *he assembled the surviving members of the group for a tour.* ■ (usu. as noun **assembling**) Entomology (of male moths) gather for mating in response to a pheromone released by a female.
**2** [with obj.] fit together the separate component parts of (a machine or other object): *a factory that assembled parts for trucks.* ■ Computing translate (a program) from assembly language into machine code.
— ORIGIN Middle English: from Old French *asembler*, based on Latin *ad-* 'to' + *simul* 'together.'

**as·sem·bler** /əˈsemblər/ ▶ n. **1** a person who assembles a machine or its parts. **2** Computing a program for converting instructions written in low-level symbolic code into machine code. ■ another term for ASSEMBLY LANGUAGE.

**as·sem·bly** /əˈsemblē/ ▶ n. (pl. **assemblies**) **1** a group of people gathered together in one place for a common purpose: *an assembly of scholars and poets.* ■ a group of people elected to make laws or decisions for a particular country or region, esp. the lower legislative house in some US states: *the Connecticut General Assembly.*
**2** the action of gathering together as a group for a common purpose: *a decree guaranteeing freedom of assembly.* ■ a regular gathering of the teachers and students of a school: *catcalling occurred during the assembly.* ■ (usu. **the assembly**) chiefly historical a signal for troops to assemble, given by drum or bugle.
**3** [often as modifier] the action of fitting together the component parts of a machine or other object: *a car assembly plant.* ■ a unit consisting of components that have been fitted together: *the tail assembly of the aircraft.* ■ (usu. as modifier) Computing the conversion of instructions in low-level code to machine code by an assembler.
— ORIGIN Middle English: from Old French *asemblé*, feminine past participle of *asembler* (see ASSEMBLE).

**as·sem·bly lan·guage** ▶ n. Computing a low-level symbolic code converted by an assembler.

**as·sem·bly line** ▶ n. a series of workers and machines in a factory by which a succession of identical items is progressively assembled: *their latest economy car rolled off the assembly line last August* | figurative *new teenage idols were pouring off the assembly line.* Compare with PRODUCTION LINE.

**as·sem·bly·man** /əˈsemblēmən/ ▶ n. (pl. **assemblymen**) a person who is a member of a legislative assembly.

**as·sem·bly·wom·an** /əˈsemblēˌwo͝omən/ ▶ n. (pl. **assemblywomen**) a woman who is a member of a legislative assembly.

**as·sent** /əˈsent/ ▶ n. the expression of approval or agreement: *a loud murmur of assent* | *he nodded assent.* ■ official agreement or sanction: *the governor has power to withhold his assent from a bill.*
▶ v. [no obj.] express approval or agreement, typically officially: *Roosevelt assented to the agreement* | [with direct speech] *"Guest house, then," Frank assented cheerfully.*
— DERIVATIVES **as·sent·er** n.
— ORIGIN Middle English: from Old French *as(s)enter* (verb), *as(s)ente* (noun), based on Latin *assentire*, from *ad-* 'toward' + *sentire* 'feel, think.'

**as·sert** /əˈsərt/ ▶ v. [reporting verb] state a fact or belief confidently and forcefully: [with clause] *the company asserts that the cuts will not affect development* | [with obj.] *he asserted his innocence* | [with direct speech] *"I don't know why she came," he asserted.* ■ [with obj.] cause others to recognize (one's authority or a right) by confident and forceful behavior: *the good librarian is able to assert authority when required.* ■ (**assert oneself**) behave or speak in a confident and forceful manner: *it was time to assert himself.*
— DERIVATIVES **as·sert·er** n.
— ORIGIN early 17th cent.: from Latin *asserere* 'claim, affirm,' from *ad-* 'to' + *serere* 'to join.'

**as·ser·tion** /əˈsərSHən/ ▶ n. a confident and forceful statement of fact or belief: [with clause] *his assertion that his father had deserted the family.* ■ the action of stating something or exercising authority confidently and forcefully: *the assertion of his legal rights.*

**as·ser·tive** /əˈsərtiv/ ▶ adj. having or showing a confident and forceful personality: *patients should be more assertive with their doctors.*
— DERIVATIVES **as·ser·tive·ly** adv., **as·ser·tive·ness** n.

**as·ses** /ˈasiz/ plural form of AS¹, ASS¹, ASS².

**as·sess** /əˈses/ ▶ v. [with obj.] evaluate or estimate the nature, ability, or quality of: *the committee must assess the relative importance of the issues* | [with clause] *it is difficult to assess whether this is a new trend.* ■ (usu. **be assessed**) calculate or estimate the price or value of: *the damage was assessed at $5 billion.* ■ set the value of a tax, fine, etc., for (a person or property) at a specified level: *all empty properties will be assessed at 50 percent.*
— DERIVATIVES **as·sess·a·ble** adj.

— ORIGIN late Middle English: from Old French *assesser*, based on Latin *assidere* 'sit by' (in medieval Latin 'levy tax'), from *ad-* 'to, at' + *sedere* 'sit.' Compare with ASSIZE.

**as·sess·ment** /əˈsesmənt/ ▶ n. the evaluation or estimation of the nature, quality, or ability of someone or something: *the assessment of educational needs* | *he made a rapid assessment of the situation* | *assessments of market value*.

**as·ses·sor** /əˈsesər/ ▶ n. a person who assesses someone or something, in particular: ■ a person who calculates or estimates the value of something or an amount to be paid, chiefly for tax or insurance purposes. ■ a person who is knowledgeable in a particular field and is called upon for advice, typically by a judge or committee of inquiry.
— ORIGIN late Middle English: from Old French *assessour*, from Latin *assessor* 'assistant judge' (in medieval Latin 'assessor of taxes'), from Latin *assidere* (see ASSESS).

**as·set** /ˈaset/ ▶ n. a useful or valuable thing, person, or quality: *quick reflexes were his chief asset* | *the school is an asset to the community.* ■ (usu. **assets**) property owned by a person or company, regarded as having value and available to meet debts, commitments, or legacies: *growth in net assets* | [as modifier] *debiting the asset account.* ■ (**assets**) military equipment, such as planes, ships, communications and radar installations, employees, or targeted in military operations.
— ORIGIN mid 16th cent. (in the plural in the sense 'sufficient estate to allow discharge of a will'): from an Anglo-Norman French legal term, from Old French *asez* 'enough,' based on Latin *ad-* 'to' + *satis* 'enough.'

**as·set-backed** ▶ adj. [attrib.] denoting securities having as collateral the return on a series of mortgages, credit agreements, or other forms of lending.

**as·set-strip·ping** ▶ n. the practice of taking over a company in financial difficulties and selling each of its assets separately at a profit without regard for the company's future.
— DERIVATIVES **as·set-strip·per** n.

**as·sev·er·a·tion** /əˌsevəˈrāSHən/ ▶ n. the solemn or emphatic declaration or statement of something: *I fear that you offer only unsupported asseveration* | *the dogmatic outlook marks many of his asseverations.*
— DERIVATIVES **as·sev·er·ate** /əˈsevəˌrāt/ v.
— ORIGIN mid 16th cent.: from Latin *asseveratio(n-)*, from the verb *asseverare*, from *ad-* 'to' + *severus* 'serious.'

**ass·hat** /ˈasˌhat/ ▶ n. vulgar slang a stupid person.

**ass·hole** /ˈasˌhōl/ ▶ n. vulgar slang the anus. ■ an irritating or contemptible person.

**as·sib·i·late** /əˈsibəˌlāt/ ▶ v. [with obj.] Phonetics pronounce (a sound) as a sibilant or affricate ending in a sibilant (e.g., sound *t* as *ts*).
— DERIVATIVES **as·sib·i·la·tion** /əˌsibəˈlāSHən/ n.
— ORIGIN mid 19th cent.: from Latin *assibilat-* 'hissed at,' from the verb *assibilare*, from *ad-* 'to' + *sibilare* 'to hiss.'

**as·si·du·i·ty** /ˌasiˌd(y)o͞oitē/ ▶ n. (pl. **assiduities**) constant or close attention to what one is doing: *the assiduity with which he could wear down his opponents.* ■ (**assiduities**) archaic or literary constant attentions to someone.
— ORIGIN late Middle English: from Latin *assiduitas*, from *assiduus* 'occupied with' (see ASSIDUOUS).

**as·sid·u·ous** /əˈsijəwəs/ ▶ adj. showing great care and perseverance: *she was assiduous in pointing out every feature.*
— DERIVATIVES **as·sid·u·ous·ly** adv., **as·sid·u·ous·ness** n.
— ORIGIN mid 16th cent.: from Latin *assiduus*, from *assidere* 'be engaged in doing' (see ASSESS), + -OUS.

**as·sign** /əˈsīn/ ▶ v. [with obj.] **1** allocate (a job or duty): *Congress assigned the task to the agency* | [with two objs.] *his leader assigned him this mission.* ■ appoint (someone) to a particular job, task, or organization: *she has been assigned to a new job* | [with obj. and infinitive] *he was assigned to prosecute the case.*
**2** designate or set (something) aside for a specific purpose: *managers happily assign large sums of money to travel budgets.* ■ (**assign something to**) attribute something as belonging to: *it is difficult to decide whether to assign the victory to Goodwin.*
**3** transfer (legal rights or liabilities): *they will assign you to assign your rights against the airline.*
▶ n. Law another term for ASSIGNEE (sense 1).
— DERIVATIVES **as·sign·a·ble** adj. (sense 3 of the verb), **as·sign·er** n., **as·sign·or** /əˈsīnər/ n. (sense 3 of the verb).
— ORIGIN Middle English: from Old French *asigner*, *assiner*, from Latin *assignare*, from *ad-* 'to' + *signare* 'to sign.'