# EXHIBIT E

# Webster's
## New College Dictionary

### THIRD EDITION



HOUGHTON
MIFFLIN
HARCOURT

ONEPLUS_0004035

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

Copyright © 2008, 2005 by Houghton Mifflin Harcourt Publishing Company. All rights reserved.

This book was originally published in a slightly different form as *Webster's II New College Dictionary, Third Edition* © 2005 by Houghton Mifflin Company.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston, MA 02116.

Visit our website: www.houghtonmifflinbooks.com

ISBN-13: 978-0-618-95315-8
ISBN-10: 0-618-95315-9

The Library of Congress has cataloged the earlier edition as follows:

Webster's II new college dictionary. -- 3rd ed.
    p. cm.
  ISBN 0-618-39601-2
  1. English language--Dictionaries.  I. Title: Webster's two new college dictionary.  II. Title: Webster's 2 new college dictionary.
    PE1628.W55164  2005
    423--dc22
                                                               2003057079

Manufactured in the United States of America

Illustration credits: Academy Artworks; Alan Witschonke; Carlyn Iverson; Cecile Duray-Bito; Chris Costello; Elizabeth Morales; Gail Piazza; Jerry Malone; Laurel Cook Lhowe; Library of Congress; Mapping Specialists, Ltd.; Office of Information, Dept. of the Navy, Washington, DC; Precision Graphics; Tech-Graphics

ONEPLUS_0004036

**as·sault rifle** *n.* An automatic or semiautomatic rifle designed for use in military attacks.

**as·sault weapon** *n.* An infantry weapon, such as an assault rifle, designed for individual use.

**as·say** (ăs′ā′, ă-sā′) *n.* [ME *assai* < OFr. —see ESSAY.] **1a.** The qualitative or quantitative analysis of a substance, esp. of an ore or drug. **b.** A substance to be so analyzed. **c.** The result of such an analysis. **2.** An analysis or examination. **3.** A bioassay. **4.** *Obs.* An attempt : essay. —*v.* (ă-sā′, ăs′ā′) **-sayed, -say·ing, -says** —*vt.* **1.** To subject to chemical analysis. **2.** To bioassay. **3.** To examine by trial or experiment : TEST <*assay* one's skill> **3.** To assess or evaluate. **4.** To attempt <*assay* skiing> —*vi.* To be shown by analysis to have a certain proportion, usu. of a precious metal. —**as·say′a·ble** *adj.* —**as·say′er** *n.*

**as·se·gai** or **as·sa·gai** (ăs′ə-gī′) *n.* [Obsolete Fr. *azagaie*, prob. < OSp. *azagayah* < Ar. *az-zaġāya : al*, the + Berber *zaġāya*, spear.] **1.** A light spear or lance, often with an iron tip, used by Bantu peoples of southern Africa. **2.** A tree, *Curtisia faginea* of southern Africa, yielding wood used for making spears or lances.

**as·sem·blage** (ə-sĕm′blĭj) *n.* **1.** ASSEMBLY 1. **2.** A group of people or things. **3.** A fitting together of manufactured parts, as of a machine. **4.** A sculpture consisting of an arrangement of miscellaneous objects, as scraps of metal, cloth, string, etc.

**as·sem·ble** (ə-sĕm′bəl) *v.* **-bled, -bling, -bles** [ME *assemblen* < OFr. *assembler* < VLat. *˚assimulare* : Lat. *ad-*, to + Lat. *simul*, together.] —*vt.* **1.** To bring or gather together into a group or whole. **2.** To fit or join together the parts of. —*vi.* To come together : CONGREGATE.

**as·sem·bler** (ə-sĕm′blər) *n.* **1.** One that assembles. **2.** *Computer Sci.* A program operating on symbolic input data to produce the equivalent machine code.

**as·sem·bly** (ə-sĕm′blē) *n., pl.* **-blies 1.** The act of assembling or state of being assembled. **2.** A group of persons gathered together for a common purpose : MEETING. **3.** **Assembly.** The lower house of the legislature in certain US states. **4a.** The combining of manufactured parts to make a completed product, esp. a machine. **b.** A set of parts so combined. **5.** The signal calling troops to form ranks.

**assembly language** *n.* A programming language that is a close approximation of the binary machine code.

**assembly line** *n.* A line of factory workers and equipment on which the product being assembled passes consecutively from operation to operation until completed.

**as·sem·bly·man** (ə-sĕm′blē-mən) *n.* A man who is a member of a legislative assembly.

**Assembly of God** *n.* A Pentecostal congregation founded in the United States in 1914.

**assembly time** *n. Computer Sci.* The time required for an assembler to translate symbolic language into machine instructions.

**as·sem·bly·wom·an** (ə-sĕm′blē-wŏŏm′ən) *n.* A woman who is a member of a legislative assembly.

**as·sent** (ə-sĕnt′) *vi.* **-sent·ed, -sent·ing, -sents** [ME *assenten* < OFr. *assentir* < Lat. *assentari* : *ad-*, toward + *sentire*, to feel.] To express agreement : CONCUR. —*n.* **1.** Agreement, as to a plan or proposal. **2.** Acquiescence : consent. —**as·sent′er, as·sen′tor** *n.* —**as·sent′ing·ly** *adv.* —**as·sen′tive** *adj.* —**as·sen′tive·ness** *n.*

**as·sen·ta·tion** (ăs′ĕn-tā′shən) *n.* Servile or ill-considered agreement with another's opinions.

**as·sert** (ə-sûrt′) *vt.* **-sert·ed, -sert·ing, -serts** [Lat. *asserere, assert- : ad-*, to + *serere*, to join.] **1.** To state or express positively : AFFIRM. **2.** To defend or maintain (e.g., one's rights). —**assert oneself.** To express oneself boldly or forcefully. —**as·sert′a·ble, as·sert′i·ble** *adj.* —**as·sert′er, as·ser′tor** *n.*

✧ **synonyms:** ASSERT, AFFIRM, AVER, AVOUCH, AVOW, DECLARE, HOLD, MAINTAIN, STATE *v. core meaning :* to put into words, positively and with conviction <*asserted* their innocence> **antonyms:** CONTROVERT, DENY

**as·ser·tion** (ə-sûr′shən) *n.* **1.** The act of asserting. **2.** Something asserted. —**as·ser′tion·al** *adj.*

**as·ser·tive** (ə-sûr′tĭv) *adj.* Inclined to or displaying bold assertion : SELF-CONFIDENT. —**as·ser′tive·ly** *adv.* —**as·ser′tive·ness** *n.*

**assertiveness training** *n.* A method of training individuals to behave in a boldly self-confident manner.

**as·sess** (ə-sĕs′) *vt.* **-sessed, -sess·ing, -sess·es** [ME *assessen* < OFr. *assesser* < Lat. *assidēre*, to sit by (as an assistant judge) : *ad-*, near to + *sedēre*, to sit.] **1.** To estimate the value of (property) for taxation. **2.** To set or determine the amount of (e.g., a tax or fine). **3.** To charge (a person or property) with a special payment, as a tax or fine. **4.** To appraise or evaluate. **5.** To charge a player, coach, or team with (a foul or penalty). —**as·sess′a·ble** *adj.*

**as·sess·ment** (ə-sĕs′mənt) *n.* **1.** The act, process, or instance of assessing. **2.** An amount assessed.

**as·ses·sor** (ə-sĕs′ər) *n.* **1.** An official who makes assessments, as for taxation. **2.** An assistant to a judge, selected for his or her specialized knowledge. —**as′ses·so′ri·al** (ăs′ə-sôr′ē-əl) *adj.*

**as·set** (ăs′ĕt′) *n.* [Back-formation < E. *assets* < AN *asetz*, sufficient goods to settle a testator's debts and legacies < OFr. *asez*, enough < VLat. *˚ad satis* : Lat. *ad-*, to + *satis*, enough.] **1.** A useful or valuable quality or thing <Beauty can be a great *asset*.> **2.** A valuable material possession. **3. assets** The entries on a balance sheet showing all properties and claims against others that may be directly or indirectly applied to cover liabilities.

■ **word history:** *Asset* is an example of the process of back-formation. By this process a word is mistakenly analyzed as a base word augmented by an affix. *Asset* is a back-formation from the old legal term *assets*, which was not a plural noun (*asset* + *-s*); in fact, it was not a noun at all but an adjective. *Assets* was originally *asset* or *asez*, an Old French word meaning simply "enough," as does *assez*, the modern French form. *Assets* was used as legal shorthand for "enough wealth to settle the claims made against a deceased person's estate." Because *assets* looked like a plural form and had a collective meaning, the word came to be treated grammatically as a plural. A singular form *asset* appeared in the 19th century to denote a single item in the "assets" column of a balance sheet, and from that usage the figurative meanings developed.

**as·sev·er·ate** (ə-sĕv′ə-rāt′) *vt.* **-at·ed, -at·ing, -ates** [Lat. *asseverare, asseverat- : ad-*, to + *severus*, serious.] To declare positively or seriously : AFFIRM. —**as·sev′er·a′tion** *n.*

**as·sib·i·late** (ə-sĭb′ə-lāt′) *vt.* **-lat·ed, -lat·ing, -lates** [AD- + SIBILATE.] To pronounce with a hissing sound. —**as·sib′i·la′tion** *n.*

**as·si·du·i·ty** (ăs′ĭ-dōō′ĭ-tē, -dyōō′-) *n., pl.* **-ties 1.** The quality or condition of being assiduous : DILIGENCE. **2.** *often* **assiduities.** Continuous personal attention : SOLICITUDE.

**as·sid·u·ous** (ə-sĭj′ōō-əs) *adj.* [Lat. *assiduus* < *assidēre*, to attend to : *ad-*, near to + *sedēre*, to sit.] **1.** Constant in application or attention : DILIGENT <an *assiduous* employee> **2.** Persistent : unceasing <*assiduous* efforts> —**as·sid′u·ous·ly** *adv.* —**as·sid′u·ous·ness** *n.*

**as·sign** (ə-sīn′) *vt.* **-signed, -sign·ing, -signs** [ME *assignen* < OFr. *assignir* < Lat. *assignare : ad-*, to + *signare*, to mark < *signum*, sign.] **1.** To set aside for a particular purpose : DESIGNATE. **2.** To select for a duty or office : APPOINT. **3.** To give out as a task : ALLOT. **4.** To ascribe <*assigned* our failure to lack of planning> **5.** *Law.* To transfer (property, rights, or interests). **6.** To place (a unit or personnel) integrally into a military organization. —*n. Law.* An assignee. —**as·sign′a·bil′i·ty** *n.* —**as·sign′a·ble** *adj.* —**as·sign′a·bly** *adv.* —**as·sign′er** *n.*

**as·sig·nat** (ăs′ĭg-năt′, ăs′ĕn-yä′) *n.* [Fr. < Lat. *assignatum*, to assign.] One of the notes of the paper currency issued in France (1789–96) by the revolutionary government and backed by the security of confiscated lands.

**as·sig·na·tion** (ăs′ĭg-nā′shən) *n.* **1.** The act of assigning. **2.** An assignment. **3.** An arrangement for a meeting between lovers : TRYST. —**as′sig·na′tion·al** *adj.*

**as·sign·ee** (ə-sī′nē′, ăs′ī-nē′) *n. Law.* **1.** One to whom a transfer of property, rights, or interest is made. **2.** One appointed to act for another : AGENT.

**as·sign·ment** (ə-sīn′mənt) *n.* **1.** The act of assigning. **2.** Something assigned. **3.** A position or post to which one is assigned. **4.** *Law.* **a.** The transfer of a claim, right, interest, or property. **b.** The document or deed by which such transfer is made.

**as·sign·or** (ə-sī′nôr′, ə-sī′nər, ăs′ə-nôr′) *n. Law.* One who makes an assignment.

**as·sim·i·late** (ə-sĭm′ə-lāt′) *v.* **-lat·ed, -lat·ing, -lates** [ME *assimilaten* < Lat. *assimilare*, to make similar to : *ad-*, + *similis*, like.] —*vt.* **1.** *Physiol.* **a.** To consume and incorporate into the body : DIGEST. **b.** To transform (food) into living tissue. **2.** To absorb and incorporate (e.g., knowledge) mentally. **3.** To make or represent as similar. **4.** To alter (a speech sound) by assimilation. **5.** To absorb (an immigrant or culturally distinct group) into the prevailing culture. —*vi.* To become assimilated. —**as·sim′i·la·bil′i·ty** *n.* —**as·sim′i·la·ble** (-lə-bəl) *adj.* —**as·sim′i·la′tor** *n.*

**as·sim·i·la·tion** (ə-sĭm′ə-lā′shən) *n.* **1.** The act or process of assimilating. **2.** The condition or process of being assimilated. **3.** *Biol.* The process by which nourishment is changed into living tissue. **4.** The process by which a speech sound is modified to make it resemble an adjacent sound; e.g., the prefix *in-* in *intolerable* becomes *im-* in *impossible* by assimilation. **5.** The process whereby a minority group gradually adopts the cultural characteristics of the majority.

**as·sim·i·la·tive** (ə-sĭm′ə-lā′tĭv) *also* **as·sim·i·la·to·ry** (-lə-tôr′ē) *adj.* Causing or characterized by assimilation.

**As·sin·i·boin** (ə-sĭn′ə-boin′) *n., pl.* **Assiniboin** *or* **-boins** [Fr. *Assiniboine*, of Ojibwa orig.] **1.** A member of a Native American people of northeastern Montana and adjacent regions of Canada. **2.** The Siouan language of the Assiniboin. —**As·sin′i·boin′** *adj.*

**as·sist** (ə-sĭst′) *v.* **-sist·ed, -sist·ing, -sists** [ME *assisten* < OFr. *assister* < Lat. *assistere : ad-*, near to + *sistere*, to stand.] —*vt.* **1.** To aid. **2.** To work with as an assistant. —*vi.* **1.** To give aid or support. **2.** To be present : ATTEND. —*n.* **1.** An act of giving aid : HELP. **2a.** *Baseball.* A fielding and throwing of the ball that enables a teammate to put out a runner. **b.** A pass of the ball or puck to the teammate scoring a goal, as in basketball or ice hockey. **3.** A machine or mechanical device providing aid. —**as·sist′er** *n.*

**as·sis·tance** (ə-sĭs′təns) *n.* **1.** The act of assisting. **2.** Help : aid.

ONEPLUS_0004037