IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, | § § § § § § § | Civil Action No. 6:20-00957-ADA |
| | | JURY TRIAL DEMANDED |
| *Plaintiff,* | | |
| v. | § § § | |
| ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD., | § § § § | |
| *Defendant.* | § | |

**PLAINTIFF'S NOTICE OF THE FILING OF A
PETITION FOR *INTER PARTE*S REVIEW**

Pursuant to the Court's Published Standard Order Governing Proceedings – Patent Case ("Order Governing Proceedings, version 3.4"),[1] namely General Issue No. 5, Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development hereby provides notice that Defendant OnePlus Technology (Shenzhen) Co., Ltd.'s ("OnePlus") filed a petition requesting *inter partes* review of the patent in-suit, U.S. Patent No. 8,712,708, on August 25, 2021. *See* IPR2021-01400, attached as Exhibit A.  The PTAB has not yet issued a Notice of Filing Date Accorded. The following represents the expected schedule of the IPR proceeding if such a notice were issued today.

> September 8, 2021    PTAB issues a Notice of Filing Date Accorded
>
> March 8, 2022        PTAB decision on institution expected

---

[1] *See*
https://www.txwd.uscourts.gov/wp-content/uploads/Standing%20Orders/Waco/Albright/Order%20Governing%20Proceedings%20-%20Patent%20Cases%20062421.pdf

1

March 8, 2023          If PTAB trial instituted, then PTAB final written
                       decision expected

Dated:  August 27, 2021                    RESPECTFULLY SUBMITTED,

                                    By:  */s/ Jonathan K. Waldrop*
                                         Jonathan K. Waldrop (CA Bar No. 297903)
                                         (Admitted in this District)
                                         jwaldrop@kasowitz.com
                                         Darcy L. Jones (CA Bar No. 309474)
                                         (Admitted in this District)
                                         djones@kasowitz.com
                                         Marcus A. Barber (CA Bar No. 307361)
                                         (Admitted in this District)
                                         mbarber@kasowitz.com
                                         John W. Downing (CA Bar No. 252850)
                                         (Admitted in this District)
                                         jdowning@kasowitz.com
                                         Heather S. Kim (CA Bar No. 277686)
                                         (Admitted in this District)
                                         hkim@kasowitz.com
                                         Jack Shaw (CA Bar No. 309382)
                                         (Admitted in this District)
                                         jshaw@kasowitz.com
                                         **KASOWITZ BENSON TORRES LLP**
                                         333 Twin Dolphin Drive, Suite 200
                                         Redwood Shores, California 94065
                                         Telephone: (650) 453-5170
                                         Facsimile: (650) 453-5096

                                         Mark D. Siegmund (TX Bar No. 24117055)
                                         mark@waltfairpllc.com
                                         **LAW FIRM OF WALT FAIR, PLLC**
                                         1508 N. Valley Mills Drive
                                         Waco, TX 76710
                                         Telephone:  (254) 772-6400
                                         Facsimile:   (254) 772-6432

                                         **Attorneys for Plaintiff**
                                         **WSOU INVESTMENTS, LLC d/b/a**
                                         **BRAZOS LICENSING AND**
                                         **DEVELOPMENT**

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on August 27, 2021, pursuant to Local Rule CV-5, a true and correct copy of the foregoing document was served via the Court's CM/ECF system on all parties who have appeared in this case.

*/s/ Jonathan K. Waldrop*
**Jonathan K. Waldrop**