# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

WSOU INVESTMENTS, LLC D/B/A
BRAZOS LICENSING AND DEVELOPMENT

vs.

ONEPLUS TECHNOLOGY (SHENZHEN)
CO., LTD.

Case No.: 6:20-cv-00952-ADA, 6:20-cv-00953-ADA,
6:20-cv-00956-ADA, 6:20-cv-00957-ADA,
6:20-cv-00958-ADA

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now __Bradley P. Lerman__ , applicant herein, and

moves this Court to grant admission to the United States District Court for the Western  District of

Texas pro hac vice to represent __WSOU Investments, LLC__ in this case, and

would respectfully show the Court as follows:

1.  Applicant is an attorney and a member of the law firm (or practices under the name of)

    __KASOWITZ BENSON TORRES LLP__ with offices at:

    Mailing address: __1633 Broadway__

    City, State, Zip Code: __New York, NY 10019__

    Telephone: __212-506-3388__          Facsimile: __212-835-5000__

2.  Since __April 11, 2011__ , Applicant has been and presently is a

    member of and in good standing with the Bar of the State of __New York__ .

    Applicant's bar license number is __4906079__ .

3.  Applicant has been admitted to practice before the following courts:

    | Court: | Admission date: |
    | --- | --- |
    | US District Court, SDNY | September 20, 2011 |
    | US District Court, EDNY | September 20, 2011 |
    | | |

4.    Applicant is presently a member in good standing of the bars of the courts listed above,

except as provided below (list any court named in the preceding paragraph before which

Applicant is no longer admitted to practice):

N/A

5.    I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district

court in Case[s]:

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

6.    Applicant has never been subject to grievance proceedings or involuntary removal

proceedings while a member of the bar of any state or federal court, except as

provided:

N/A

7.    Applicant has not been charged, arrested, or convicted of a criminal offense or offenses,

except as provided below (omit minor traffic offenses):

N/A

8.    Applicant has read and is familiar with the Local Rules of the Western District of Texas

and will comply with the standards of practice set out therein.

9.      Applicant will file an Application for Admission to Practice before the United States

District Court for the Western District of Texas, if so requested; or Applicant has

co-counsel in this case who is admitted to practice before the United States District

Court for the Western District of Texas.

Co-counsel:  Mark D. Siegmund

Mailing address:  1508 N. Valley Mills Drive

City, State, Zip Code:  Waco, TX 76710

Telephone:  (254) 772-6400

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac

vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to:  Clerk, U.S. District

Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of

Bradley P. Lerman                      to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Bradley P. Lerman
[printed name of Applicant]

[signature of Applicant]

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each  attorney of

record and the original upon the Clerk of Court on this the  27  day of  September            ,  2021  .

Bradley P. Lerman
[printed name of Applicant]

[signature of Applicant]

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

WSOU INVESTMENTS, LLC D/B/A
BRAZOS LICENSING AND
vs.                                          Case No.: 6:20-cv-00952-ADA, 6:20-cv-00953-ADA,
ONEPLUS TECHNOLOGY (SHENZHEN)                          6:20-cv-00956-ADA, 6:20-cv-00957-ADA,
CO., LTD.                                              6:20-cv-00958-ADA

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by  Bradley P. Lerman                          , counsel for

WSOU Investments, LLC                          , and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

Bradley P. Lerman                     may appear on behalf of  WSOU Investments, LLC

in the above case.

IT IS FURTHER ORDERED that  Bradley P. Lerman                          , if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of  September                          , 20 21        .

_____
UNITED STATES DISTRICT JUDGE