**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **WSOU INVESTMENTS, LLC D/B/A** | § | |
| **BRAZOS LICENSING AND** | § | **Case No. 6:20-cv-00952-ADA** |
| **DEVELOPMENT,** | § | **Case No. 6:20-cv-00953-ADA** |
| *Plaintiff*, | § | **Case No. 6:20-cv-00956-ADA** |
| | § | **Case No. 6:20-cv-00957-ADA** |
| **v.** | § | **Case No. 6:20-cv-00958-ADA** |
| | § | |
| **ONEPLUS TECHNOLOGY** | § | **JURY TRIAL DEMANDED** |
| **(SHENZHEN) CO., LTD.,** | § | |
| *Defendant.* | § | |

## ORDER

This Court, after considering Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development's request for a 45-day extension of the current December 8, 2021 deadline to add parties, is of the opinion that Plaintiff's request should be granted.

It is therefore **ORDERED** that Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development's request is **GRANTED**, and the deadline to add parties is hereby extended through and including January 31, 2022.

SIGNED this 8th day of December, 2021.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

1