# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, | § § § § § § § § § § | Case No. 6:20-cv-00952-ADA  Case No. 6:20-cv-00953-ADA  Case No. 6:20-cv-00956-ADA  Case No. 6:20-cv-00957-ADA  Case No. 6:20-cv-00958-ADA  JURY TRIAL DEMANDED |
| *Plaintiff*, | | |
| v. | | |
| ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD., | | |
| *Defendant*. | | |

## JOINT NOTICE REGARDING AGREEMENT TO EXTEND DEADLINES

**TO THE HONORABLE COURT:**

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU") and Defendant OnePlus Technology (Shenzhen) Co., Ltd. ("OnePlus") (collectively, "Parties"), pursuant to the Court's Standing Order Regarding Joint or Unopposed Requests to Change Deadlines, submit this Joint Notice to memorialize their agreement to extend case deadlines. The Parties have agreed to adjust the briefing schedule on OnePlus's November 24, 2021 Opposed Motions to Strike WSOU's Amended Infringement Contentions as follows:

| Item | Current Deadline | Amended Deadline |
|---|---|---|
| WSOU's Opposition Briefs | December 8, 2021 | December 15, 2021 |
| OnePlus's Reply Briefs | December 15, 2021 | December 29, 2021 |

The above case extensions do not change the date for any hearing, any final submission to the Court related to a hearing, or the trial.

1

Date:  December 8, 2021                               Respectfully submitted,

By:  */s/ Jonathan K. Waldrop*
       Jonathan K. Waldrop (CA Bar No. 297903)
       (Admitted in this District)
       jwaldrop@kasowitz.com
       Darcy L. Jones (CA Bar No. 309474)
       (Admitted in this District)
       djones@kasowitz.com
       Marcus A. Barber (CA Bar No. 307361)
       (Admitted in this District)
       mbarber@kasowitz.com
       John W. Downing (CA Bar No. 252850)
       (Admitted in this District)
       jdowning@kasowitz.com
       Heather S. Kim (CA Bar No. 277686)
       (Admitted in this District)
       hkim@kasowitz.com
       Jack Shaw (CA Bar No. 309382)
       (Admitted in this District)
       jshaw@kasowitz.com
       **KASOWITZ BENSON TORRES LLP**
       333 Twin Dolphin Drive, Suite 200
       Redwood Shores, California 94065
       Telephone: (650) 453-5170
       Facsimile: (650) 453-5171

       Joshua A. Whitehill (NY Bar No. 4766473)
       jwhitehill@kasowitz.com
       (*Pro hac vice* admission)
       Bradley P. Lerman (NY Bar No. 4906079)
       blerman@kasowitz.com
       (*Pro hac vice* admission)
       Howard L. Bressler (NY Bar No. 248379)
       hbressler@kasowitz.com
       (*Pro hac vice* admission)
       Hershy Stern (NY Bar No. 4631024)
       hstern@kasowitz.com
       (*Pro hac vice* admission)
       **KASOWITZ BENSON TORRES LLP**
       1633 Broadway
       New York, NY 10019
       Telephone: (212) 506-1700
       Facsimile: (212) 506-1800


By:  */s/ Mark D. Siegmund*
       Mark D. Siegmund (TX Bar No. 24117055)
       mark@swclaw.com
       **STECKLER WAYNE COCHRAN**
       **CHERRY PLLC**

8416 Old McGregor Road
Waco, TX 76712
Telephone: (254) 651-3690
Facsimile: (972) 387-4041

**ATTORNEYS FOR PLAINTIFF WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT**


By /s/ *Jacob J.O. Minne*
Elizabeth M. Chiaviello
Texas Bar No. 24088913
*elizabeth.chiaviello@morganlewis.com*
**Morgan, Lewis & Bockius LLP**
1717 Main Street, Suite 3200
Dallas, TX 75201-7347
T. 214-466-4000
F. 214-466-4001

Michael J. Lyons (*pro hac vice*)
*michael.lyons@morganlewis.com*
Ahren C. Hsu-Hoffman
Texas Bar No. 24053269
*ahren.hsu-hoffman@morganlewis.com*
Jacob J.O. Minne (*pro hac vice*)
*jacob.minne@morganlewis.com*
**Morgan, Lewis & Bockius LLP**
1400 Page Mill Road
Palo Alto, CA 94304
T. 650.843.4000
F. 650.843.4001

**ATTORNEYS FOR DEFENDANT ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD.**