# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, § § § *Plaintiff*, § § v. § § ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD., § § *Defendant*. § | Case No. 6:20-cv-00952-ADA Case No. 6:20-cv-00953-ADA Case No. 6:20-cv-00956-ADA Case No. 6:20-cv-00957-ADA Case No. 6:20-cv-00958-ADA  JURY TRIAL DEMANDED |

## JOINT NOTICE REGARDING AGREEMENT TO EXTEND DEADLINES

**TO THE HONORABLE COURT:**

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Plaintiff") and Defendant OnePlus Technology (Shenzhen) Co., Ltd. ("Defendant") (collectively, "Parties"), pursuant to the Court's Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines, submit this Joint Notice to memorialize their agreement to extend case deadlines. The Parties have agreed to adjust the briefing schedule on Defendant's Renewed Motion to Strike Plaintiff's Final Infringement Contentions (6:20-cv-00952-ADA, Dkt. 96; 6:20-cv-00953-ADA, Dkt. 94; 6:20-cv-00956-ADA, Dkt. 95; 6:20-cv-00957-ADA, Dkt. 95; and 6:20-cv-00958-ADA, Dkt. 94) ("Motions") as follows:

| Item | Current Deadline | Amended Deadline |
|---|---|---|
| Plaintiff's Oppositions to Motions | June 27, 2022 | July 11, 2022 |
| Defendant's Replies in support of Motions | July 5, 2022 | July 18, 2022 |

1

The above briefing extensions do not change the date of any hearing, trial, or other Court date, or extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial, or Court event.

Date: June 27, 2022                    Respectfully submitted,

                                       By: */s/ Jonathan K. Waldrop*
                                       Jonathan K. Waldrop (CA Bar No. 297903)
                                       (Admitted in this District)
                                       jwaldrop@kasowitz.com
                                       Darcy L. Jones (CA Bar No. 309474)
                                       (Admitted in this District)
                                       djones@kasowitz.com
                                       Marcus A. Barber (CA Bar No. 307361)
                                       (Admitted in this District)
                                       mbarber@kasowitz.com
                                       John W. Downing (CA Bar No. 252850)
                                       (Admitted in this District)
                                       jdowning@kasowitz.com
                                       Heather S. Kim (CA Bar No. 277686)
                                       (Admitted in this District)
                                       hkim@kasowitz.com
                                       ThucMinh Nguyen (CA Bar No. 304382)
                                       (Admitted in this District)
                                       tnguyen@kasowitz.com
                                       **KASOWITZ BENSON TORRES LLP**
                                       333 Twin Dolphin Drive, Suite 200
                                       Redwood Shores, California 94065 Telephone:
                                       (650) 453-5170
                                       Facsimile: (650) 453-5171

                                       Paul G. Williams (GA Bar No. 764925)
                                       (Admitted in this District)
                                       pwilliams@kasowitz.com
                                       **KASOWITZ BENSON TORRES LLP**
                                       1230 Peachtree Street N.E., Suite 2445
                                       Atlanta, Georgia 30309
                                       Telephone: (404) 260-6080
                                       Facsimile: (404) 260-6081

                                       Hershy Stern (NY Bar No. 4631024)
                                       (Admitted *pro hac vice*)
                                       hstern@kasowitz.com

        Howard L. Bressler (NY Bar No. 2487379)
        (Admitted *pro hac vice*)
        hbressler@kasowitz.com
        Joshua A. Whitehill (NY Bar No. 4766473)
        (Admitted *pro hac vice*)
        jwhitehill@kasowitz.com
        Noah P. Dorman (DC Bar No. 1779821)
        (Admitted *pro hac vice*)
        ndorman@kasowitz.com
        **KASOWITZ BENSON TORRES LLP**
        1633 Broadway
        New York, NY 10019
        Telephone: (212) 506-1700
        Facsimile: (212) 506-1800

        Mark D. Siegmund (TX Bar No. 24117055)
        mark@swclaw.com
        **STECKLER WAYNE CHERRY & LOVE PLLC**
        8416 Old McGregor Road
        Waco, TX 76712
        Telephone: (254) 651-3690
        Facsimile: (254) 651-3689

        Gregory Phillip Love (TX Bar No. 24013060)
        greg@swclaw.com
        **STECKLER WAYNE CHERRY & LOVE PLLC**
        107 East Main Street
        Henderson, TX 75652
        Telephone: (903) 212-4444
        Facsimile: (903) 392-2267

        **ATTORNEYS FOR PLAINTIFF WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT**


By: /s/ *Jacob J.O. Minne*
        Elizabeth M. Chiaviello
        Texas Bar No. 24088913
        *elizabeth.chiaviello@morganlewis.com*
        **Morgan, Lewis & Bockius LLP**
        1717 Main Street, Suite 3200
        Dallas, TX 75201-7347
        T. 214-466-4000
        F. 214-466-4001

Michael J. Lyons (*pro hac vice*)
*michael.lyons@morganlewis.com*
Ahren C. Hsu-Hoffman
Texas Bar No. 24053269
*ahren.hsu-hoffman@morganlewis.com*
Jacob J.O. Minne (*pro hac vice*)
*jacob.minne@morganlewis.com*
**Morgan, Lewis & Bockius LLP**
1400 Page Mill Road
Palo Alto, CA 94304
T. 650.843.4000
F. 650.843.4001

**ATTORNEYS FOR DEFENDANT ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD.**

5

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing instrument was served or delivered electronically to all counsel of record on this 27th day of June, 2022, via the Court's CM/ECF system.

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop
