IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>      *Plaintiff*<br><br>v.<br><br>ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD.<br><br>      *Defendant.* | § § § § § § § § § § § § § | Civil Action No. 6:20-CV-00952-ADA<br>Civil Action No. 6:20-CV-00953-ADA<br>Civil Action No. 6:20-CV-00956-ADA<br>Civil Action No. 6:20-CV-00957-ADA<br>Civil Action No. 6:20-CV-00958-ADA |

**DECLARATION OF MICHAEL J. LYONS IN SUPPORT OF DEFENDANT'S REPLY IN SUPPORT OF DEFENDANT'S OBJECTIONS TO SPECIAL MASTER'S REPORT AND RECOMMENDATION REGARDING CLAIM CONSTRUCTION**

I, Michael J. Lyons, hereby declare as follows:

I am an attorney with the law firm Morgan, Lewis & Bockius LLP, counsel of record for Defendant OnePlus Technology (Shenzhen) Co., Ltd. ("Defendant" or "OnePlus") in the above captioned actions and am admitted *pro hac vice* in these actions. I have personal knowledge of the following facts. I have personal knowledge of the statements contained in this Declaration which are true and correct and, if called to testify as to the truth of the matters declared herein, I could and would testify competently thereto.

1. Attached hereto as **Exhibit 1** is a true and correct copy of Defendant's

October 28, 2021 Markman Hearing Presentation submitted to Special Master Joshua J. Yi.

    I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of July 2022, in Palo Alto, California

*/s/ Michael J. Lyons*
Michael J. Lyons
