IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,**<br>   *Plaintiff*,<br><br>v.<br><br>**ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD.,**<br>   *Defendant.* | **CIVIL ACTION NO. 6:20-CV-00952-ADA**<br>**CIVIL ACTION NO. 6:20-CV-00953-ADA**<br>**CIVIL ACTION NO. 6:20-CV-00956-ADA**<br>**CIVIL ACTION NO. 6:20-CV-00957-ADA**<br>**CIVIL ACTION NO. 6:20-CV-00958-ADA** |

## JOINT STIPULATION TO EXTEND FACT DISCOVERY

  Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Brazos") and Defendant OnePlus Technology (Shenzhen) Co. Ltd. ("OnePlus"), (collectively, "Parties"), hereby respectfully submit this Joint Stipulation to Extend Fact Discovery. The Parties have agreed to extend the fact discovery period to January 20, 2023 to allow for depositions and source code review to be completed. The fact discovery period will be extended to respond to or supplement responses to written discovery and to complete third-party discovery. The extension of fact discovery does not extend the previous deadline to serve further written discovery. All subpoenas and deposition notices to be served by August 31, 2022. The joint stipulation does not affect any other dates, including the dates for the pretrial conference or trial date.

Date: December 23, 2022        Respectfully Submitted,

                By: */s/ Michael J. Lyons*
                  Michael J. Lyons*
                  California Bar No. 202284
                  michael.lyons@morganlewis.com
                  Ahren C. Hsu-Hoffman
                  Texas Bar No. 24053269

    Ahren.hsu-hoffman@morganlewis.com
    Jacob J.O. Minne*
    California Bar No. 294570
    jacob.minne@morganlewis.com
    Austin L. Zuck*
    California Bar No. 318434
    austin.zuck@morganlewis.com
    **MORGAN, LEWIS & BOCKIUS LLP**
    1400 Page Mill Road
    Palo Alto, CA 94304
    T: 650.843.4000
    F: 650.843.4001

    Elizabeth M. Chiaviello
    Texas Bar. No. 24088913
    elizabeth.chiaviello@morganlewis.com
    **MORGAN, LEWIS & BOCKIUS LLP**
    1717 Main Street, Suite 3200
    Dallas, TX 75201
    T: 214.466.4000
    F: 214.466.4001

    *Admitted pro hac vice*

    *Attorneys for Defendant OnePlus Technology (Shenzhen) Co. Ltd.*

By: */s/ Heather S. Kim*
    Jonathan K. Waldrop (CA Bar No. 297903)
    (Admitted in this District)
    jwaldrop@kasowitz.com
    Darcy L. Jones (CA Bar No. 309474)
    (Admitted in this District)
    djones@kasowitz.com
    Marcus A. Barber (CA Bar No. 307361)
    (Admitted in this District)
    mbarber@kasowitz.com
    John W. Downing (CA Bar No. 252850)
    (Admitted in this District)
    jdowning@kasowitz.com
    Heather S. Kim (CA Bar No. 277686)
    (Admitted in this District)
    hkim@kasowitz.com
    **KASOWITZ BENSON TORRES LLP**
    333 Twin Dolphin Drive, Suite 200
    Redwood Shores, California 94065

Telephone: (650) 453-5170
Facsimile: (650) 453-5171

Joshua A. Whitehill (NY Bar No. 4766473)
jwhitehill@kasowitz.com
(*Pro hac vice* admission)
Howard L. Bressler (NY Bar No. 248379)
hbressler@kasowitz.com
(*Pro hac vice* admission)
Hershy Stern (NY Bar No. 4631024)
hstern@kasowitz.com
(*Pro hac vice* admission)
Noah P. Dorman (DC Bar No. 1779821)
(Admitted *pro hac vice*)
ndorman@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

Mark D. Siegmund (TX Bar No. 24117055)
mark@swclaw.com
**STECKLER WAYNE CHERRY & LOVE PLLC**
8416 Old McGregor Road
Waco, TX 76712
Telephone: (254) 651-3690
Facsimile: (972) 387-4041

*Attorneys for Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development*

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on December 23, 2022, a true and correct copy of the foregoing instrument was served on all counsel of record who have appeared in this case via the Court's CM/ECF system per Local Rule CV-5.

*/s/ Michael J. Lyons*
Michael J. Lyons
